```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 14, 2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------

PRACTICAL FLASHLIGHT CO., LTD. and
WORLD HINT LIMITED,

                         Plaintiffs,

       - against -

BLACKBEAM LLC A/K/A BLACKFIRE,

                        Defendant.

------------------------------------------------------------------

Case No. 17-cv-01295-KPF

**STIPULATION AND ORDER
OF DISMISSAL
<u>WITH PREJUDICE</u>**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record, that the above-entitled action is dismissed with prejudice and without costs as to any party against the other.

Dated: New York, New York
         May 4th, 2018

LAW OFFICE OF YURIY MOSHES, P.C.

By: _____
    Gennady Litvin (GL2475)
    517 Brighton Beach Ave, 2nd FL
    Brooklyn, NY 11235
    Phone: (888) 445-0234
    Fax: (646) 843-7570
    *Attorneys for Plaintiffs*

SALAMON, GRUBER, BLAYMORE &
STRENGER, P.C.

By: _____
    Sanford Strenger (SS6175)
    97 Powerhouse Road, Suite 102
    Roslyn Heights, NY 11577
    Phone: 516-625-1700
    Fax: 516-625-1795
    *Attorneys for Defendant*

**SO ORDERED:**

_____
Honorable Katherine Polk Failla
United States District Judge

Dated: May 14, 2018
       New York, New York